**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

## NOTICE OF MANDATORY SETTLEMENT CONFERENCE

ROGER DEANGELIS

v. CA 04-250ML

GAIL FRANCES, INC., ET AL

Pursuant to this Court's Alternative Dispute Resolution Program, the above-captioned matter will have a **mandatory** settlement conference with U.S. Magistrate Judge Robert W. Lovegreen in Room 521, U.S. Courthouse, on Tuesday, June 21, 2005 at 10:00 A.M.. Counsel are directed to appear with their respective parties or someone with full financial and other authority to conduct good faith negotiations.

Failure to so appear, without advance leave of Court, may result in sanctions. Barring an emergency, leave must be sought within ten (10) days of this notice

Robert W. Lovegreen
U.S. Magistrate Judge

/
Martha Saucier
Deputy Clerk
752-7218

**Dated:** June 8, 2005