UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROGER DEANGELIS | : | |
| | : | |
| VS. | : | C.A. NO.: 04-250ML |
| | : | |
| GAIL FRANCES, INC. and FRANCES FLEET, INC. | : | |

**DEFENDANTS' MOTION FOR PERMISSION TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE**

Defendants, Gail Frances, Inc. and Frances Fleet, Inc. by and through their counsel, request permission for a claim service representative of ACE USA to participate by telephone at the settlement conference scheduled for June 21, 2005. Counsel represents that such a claims service representative will be available through the duration of the settlement conference at the pleasure of the court.

Claim service representatives for this case are located in New York City, New York. WHEREFORE, defendants move for permission of their insurance carrier, ACE USA, to participate in the above-referred to settlement conference by telephone as represented by their counsel.

Defendants,
Gail Frances, Inc. and
Frances Fleet, Inc.,
By their attorneys,

Peter E. Garvey, Esq., #5330
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

S:\Tara Cirella\MyFiles\TARA-WORK\deangelis\pleadings\defs' motion for permission to have cl. rep. by telephone.wpd

**CERTIFICATION**

I hereby certify that on this 14th day of ~~April~~ June, 2005, I mailed a true copy of the within document to:

Lawrence L. Goldberg, Esq.
LAWRENCE L. GOLDBERG LAW ASSOCIATES
96 Jefferson Boulevard
Warwick, RI 02888

Thomas M. Bond, Esq.
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

Fatima Rodrigues

S:\Tara Cirella\MyFiles\TARA-WORK\deangelis\pleadings\defs' motion for permission to have cl. rep. by telephone.wpd