RECEIVED
SEP 21 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROGER DEANGELIS :
:
VS. : C.A. NO.: 04-250ML
:
GAIL FRANCES, INC., et al :

**DISMISSAL STIPULATION**

The parties agree that the plaintiff's action against all named defendants is hereby dismissed with prejudice.

For plaintiff,

Thomas Bond, Esq., BBO# 546649
THE KAPLAN/BOND GROUP
Boston Fish Pier, West Building, Suite 304
Boston, MA 02210
(617)-261-0080

8/15/05

Lawrence L. Goldberg, Esq.
LAWRENCE L. GOLDBERG LAW ASSOCIATES
96 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5770

For defendants Gail Frances, Inc. and Frances Fleet, Inc.,

8/23/05

Peter E. Garvey, Esq., #5330
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated:

Enter:
Mary M. Lisi
USDJ 9/21/05

96 Jefferson Blvd.
Warwick, RI 02888

THOMAS M. BOND, ESQ.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
BBO#: 546649